

# Missouri Court of Appeals
## Southern District

## OCTOBER 16, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33000

    Re:   HSBC MORTGAGE SERVICES, INC.,
          Plaintiff-Respondent,
          v.
          RICHARD A. CARDEN and
          ROSALIE P. CARDEN,
          Defendants-Appellants.